### J. L. CAUDLE v. THE STATE.

No. 126.   Decided December 1, 1909.

**Aggravated Assault—Former Acquittal—Mayor's Court.**

Where defendant was found guilty in the County Court of an aggravated assault, the fact that he had been prosecuted in the Mayor's Court for simple assault was no defense.

Appeal from the County Court of Fannin.   Tried below before the Hon. A. J. Cunningham.

Appeal from an aggravated assault; penalty, a fine of $25.

The opinion states the case.

*Taylor & Lipscomb,* for appellant.—On question of former conviction: Hirshfield v. State, 11 Texas Crim. App., 207; Paschal v. State, 49 Texas Crim. Rep., 111, 90 S. W. Rep., 878.

*F. J. McCord,* Assistant Attorney-General, for the State.

BROOKS, JUDGE.—Appellant was convicted of aggravated assault, and his punishment assessed at a fine of $25.

Appellant attempted to defend against the prosecution on the ground that he had been prosecuted for simple assault in the mayor's court.   This would not be a defense, and the court did not err in finding appellant guilty under the evidence in this case of aggravated assault.

The judgment is affirmed.

*Affirmed.*